IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES FREEMAN, | : | CIVIL ACTION |
| | : | NO. 19-4333 |
| Petitioner, | : | |
| v. | : | |
| | : | |
| MARK CAPOZZA, et al., | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this **8th** day of **February, 2021,** after careful and independent consideration of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (ECF No. 37) and Petitioner's objections thereto (ECF Nos. 40, 42),[1] it is hereby **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 37) is **REJECTED** in accordance with the accompanying Memorandum**;**

2. Petitioner's objections to the Report and Recommendation (ECF Nos. 40, 42) are **SUSTAINED** in accordance with the accompanying Memorandum;

3. The Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED,** and the Commonwealth of Pennsylvania shall

---

[1] The Court undertakes a de novo review of the portions of the Report and Recommendation to which a party has objected. See 28 U.S.C. § 636(b)(1); Cont'l Cas. Co. v. Dominick D'Andrea, Inc., 150 F.3d 245, 250 (3d Cir. 1998). The Court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

   either release or retry Petitioner within 120 days of
   entry of this Order; and

4. The Clerk of Court shall mark this case **CLOSED.**


   **AND IT IS SO ORDERED.**


                              _/s/ Eduardo C. Robreno_____
                              **EDUARDO C. ROBRENO, J.**